■ David A. Sparks, Plaintiff, v Essex Homes of WNY, Inc., et al., Defendants. Essex Homes of WNY, Inc., Third-Party Plaintiff-Respondent, v Aluminum Gutters, Doing Business as Niagara Gutters, Third-Party Defendant-Appellant. (Appeal

No. 3.) [797 NYS2d 328]—Appeal from a judgment of the Supreme Court, Niagara County (Vincent E. Doyle, J.), entered July 30, 2004. The judgment ordered third-party defendant to indemnify third-party plaintiff pursuant to an order entered March 26, 2004.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Sparks v Essex Homes of WNY, Inc.* ([appeal No. 2] 20 AD3d 905 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.